## STATEWIDE GRIEVANCE COMMITTEE *v.* JONATHAN I. RAPOPORT

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 269 (AC 30758), is denied.

*Jonathan I. Rapoport*, pro se, in support of the petition.

*Kimberly A. Knox* and *Kenneth J. Bartschi*, in opposition.

Decided June 2, 2010